# First District Court of Appeal
## State of Florida

————————————————

No. 1D18-1076

————————————————

JONATHAN B. BLUNTSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

June 13, 2018

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, RAY, and KELSEY, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Jonathan B. Bluntson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.